**STATE of Missouri, Respondent,**

v.

**Melvin L. CONLEY, Appellant.**

**No. WD 39448.**

Missouri Court of Appeals, Western District.

Feb. 2, 1988.

Joseph H. Locascio, Sp. Public Defender, Mark B. Camacho, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM.

An appeal from a conviction in the circuit court of Jackson County for sodomy, and sentence as a prior sexual offender of 30 years without probation or parole. Judgment affirmed. Rule 30.25(b).